22 A.3d 210

**Winona Hurst WALDON and Walter Waldon**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY and First Transit, Inc. and Troy Chamberlain.**

**Petition of First Transit, Inc. and Troy Chamberlain.**

Supreme Court of Pennsylvania.

June 10, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of June 2011, the Application for King's Bench and Extraordinary Relief is **DENIED.** The Application for Emergency Stay of Proceedings is **DENIED.**